CARLIE CHRISTENSEN, Acting United States Attorney (No. 633)
MATTHEW L. BELL, Assistant United States Attorney (No. 9840)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah  84770
Telephone: (435) 673-4765

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

MAR - 9 2010

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHANNES EUGENE HERBEN,<br><br>Defendant. | FELONY INFORMATION<br><br>VIOLATIONS: 2:10-CR-00195-TS<br><br>21 U.S.C. § 841(a)(1)<br>POSSESSION OF<br>METHAMPHETAMINE WITH<br>INTENT TO DISTRIBUTE<br><br>18 U.S.C. § 924(c)(1)<br>POSSESSION OF A FIREARM<br>IN FURTHERANCE OF A<br>DRUG TRAFFICKING CRIME |

The United States Attorney charges:

## COUNT I

On or about May 24, 2009, in the Central Division of the District of Utah,

### JOHANNES EUGENE HERBEN,

the defendant herein, did knowingly and intentionally possess with intent to distribute 5

grams or more of methamphetamine, a Schedule II controlled substance within the

meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1), and punishable under

21 U.S.C. § 841(b)(1)(B).

## COUNT II

On or about May 24, 2009, in the Central Division of the District of Utah,

**JOHANNES EUGENE HERBEN,**

the defendant herein, did knowingly carry a firearm during and in relation to, and did

knowingly possess a firearm, in furtherance of a drug trafficking crime, to wit: possession

of methamphetamine with intent to distribute as alleged in Count I of this Indictment; to

wit: a Colt .32 caliber pistol; all in violation of 18 U.S.C. § 924(c)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of the offenses in Counts I and II, the defendant Johannes Eugene

Herben shall forfeit to the United States pursuant to 21 U.S.C. § 853 and 18 U.S.C. §

924(d), any property used or, intended to be used, in any manner or part, to commit, or

facilitate the commission of the violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §

924(c), including but not limited to:

- Colt .32 caliber pistol

CARLIE CHRISTENSEN
Acting United States Attorney

MATTHEW L. BELL
Assistant United States Attorney

-2-