CARLIE CHRISTENSEN, Acting United States Attorney (No. 633)
MATTHEW L. BELL, Assistant United States Attorney (No. 9840)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah  84770
Telephone:  (435) 673-0712

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL  DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | POSITION OF UNITED STATES WITH RESPECT TO SENTENCING |
| Plaintiff, | : | FACTORS |
| vs. | : | 2:10-CR-00195-001-TS |
| JOHANNES EUGENE HERBEN, | : | |
| Defendant. | : | Honorable Judge Ted Stewart |
| | : | |

_____

The United States, by and through the undersigned Assistant United States Attorney, and pursuant to the District of Utah Criminal Rule 32-1(b), declares that it has no objections to the Presentence Report.  Further, the United States is unaware of any disputed matters between the United States and defendant with respect to the Presentence Report.

DATED:   14 June 2010.

CARLIE CHRISTENSEN
Acting United States Attorney


*/s/ Matthew L. Bell*
MATTHEW L. BELL
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing POSITION OF UNITED STATES WITH RESPECT TO SENTENCING FACTORS was faxed, electronically delivered, or mailed, postage prepaid, to all parties named below, this 14th day of June, 2010.


LaMar Winward
Attorney for Defendant
150 North 200 East, Suite 204
St. George, Utah 84770

*/s/ Laurie Richardson*
LAURIE RICHARDSON
Legal Assistant